UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>MARTINA M. GABRIEL a/k/a<br>MARTINA M. BALLAST,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:12-cv-01252-SRC-MAS<br>)<br>)<br>)<br>) |

### JUDGMENT

Before the Court is Plaintiff's Motion for Default Judgment, wherein Plaintiff HICA Education Loan Corporation ("Plaintiff") has moved for a default judgment against Defendant, Martina M. Gabriel a/k/a Martina M. Ballast ("Defendant"). The Court takes judicial notice that the Clerk has entered the Defendant's default in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure. (ECF #6-1). The Court, having examined the pleadings and the record, is of the opinion that the Plaintiff's Motion is well-founded and should be granted. **IT IS, THEREFORE,**

**ORDERED, ADJUDGED, and DECREED** that Plaintiff shall be, and hereby is, awarded judgment from and against Defendant for **$9,957.92,** with additional prejudgment interest from April 12, 2012, to the date of this judgment at the rate of $0.63 per day.

**IT IS FURTHER ORDERED, ADJUGED, and DECREED** that this judgment shall bear interest from the date of this judgment until it is paid at the contractual rate agreed upon by the parties, which rate the Court finds to be a contractual rate set forth in the contract between the parties, which is a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent.

SIGNED this _19_ day of _Jun_, 2012.

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEW JERSEY